IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00886-WYD-MEH

VALERIE L. BISHOP,

    Plaintiff,

v.

NEOSPINE, LLC, a Delaware limited liability corporation; and
DENVER SPINE CENTER, LLC, a Delaware limited liability corporation,

    Defendants.

---

## ORDER OF RECUSAL

---

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Pursuant to 28 U.S.C. §455(b)(5), a Magistrate Judge shall disqualify himself under the following circumstances:

> He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:
>
> . . .
>
> (ii) Is acting as a lawyer in the proceeding; . . .

My law clerk, who works closely with me on all cases assigned to this chambers, including settlement conferences, is the spouse of Todd J. McNamara of McNamara, Roseman, Martinez & Kazmierski LLP, which serves as Plaintiff's counsel in this matter. In the interests of avoiding any appearance of impropriety (*see* 28 U.S.C. § 455(a)), I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

It is further ORDERED that the Scheduling Conference set for Monday, September 10, 2007 at 9:15 is hereby **vacated**.

DATED at Denver, Colorado, this 10th day of September, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge