IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00886-WYD-MJW

VALERIE L. BISHOP,

Plaintiff(s),

v.

NEOSPINE, LLC, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling/
Planning Conference, filed with the Court on September 21, 2007, Docket Number 14,
is GRANTED.  The scheduling conference set on October 3, 2007, at 8:00 a.m., is
VACATED and RESET on October 12, 2007, at 8:00 a.m., in Courtroom A-502, Fifth
Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/
Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF
format) in compliance with the newly established ECF Filing Procedures.  An additional
copy shall be provided to chambers by e-mail (in WordPerfect format and as an
attachment to the email) with the subject line proposed "Scheduling Order" to:
Watanabe_Chambers@cod.uscourts.gov.

Date:   September 25, 2007