IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00886-WYD-MEH

VALERIE L. BISHOP,

    Plaintiff,

v.

NEOSPINE, LLC, a Delaware limited liability corporation; and
DENVER SPINE CENTER, LLC, a Delaware limited liability corporation,

    Defendants.

## ORDER

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed April 22, 2008 (docket # 42). The Court having reviewed the motion and being fully advised in the premises, it is hereby

ORDERED that the Joint Stipulation of Dismissal with Prejudice, filed April 22, 2008 (docket # 42) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE** each party to bear its own costs and expenses.

Dated: May 1, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge